# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 11, 2018

## NO. 03-18-00082-CV

**Marcus Blalock, Appellant**

**v.**

**Tyler Price, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH**
**DISMISSED FOR WANT OF PROSECUTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the trial court on January 29, 2018. Having reviewed the record, the Court holds that Marcus Blalock has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.